**Keith BROCK, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 98288.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 26, 2013.

Gwenda Renee Robinson, St. Louis, MO, for Appellant.

Chris Koster, Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before ROBERT G. DOWD, JR., P.J., ROY L. RICHTER, J., and ANGELA T. QUIGLESS, J.

### ORDER

PER CURIAM.

Keith Brock ("Movant") appeals from the motion court's denial, without an evidentiary hearing, of his Rule 24.035 amended motion for post-conviction relief. Movant pleaded guilty to the charges of possession of a controlled substance in two cases in the Circuit Court for the City of St. Louis, and received two concurrent ten-year sentences as a persistent drug offender. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed pursuant to Rule 84.16(b).